**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 8 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

DANA NOTEBOOM                                                          PLAINTIFF

v.                                    Case No. _4:20-cv-287- BRW_

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                                DEFENDANT

## NOTICE OF REMOVAL

Defendant Dolgencorp, LLC d/b/a Dollar General ("Dolgencorp"), pursuant to 28 U.S.C.

§§ 1332, 1441, and 1446, removes this action from the Circuit Court of Pope County, Arkansas,

where it is pending as Case No. 58CV-20-113, to the United States District Court for the Eastern

District of Arkansas. As grounds for this removal, Dolgencorp states:

1.      Plaintiff Dana Noteboom ("Plaintiff") filed this action in the Circuit Court of Pope

County, Arkansas on February 18, 2020. A copy of Plaintiff's complaint and summons are

attached as Exhibit 1.

2.      Service on Dolgencorp was effected on February 24, 2020.

3.      In accordance with 28 U.S.C. § 1446(a), copies of "all process, pleadings, and

orders" already filed with the Circuit Court of Pope County, Arkansas, are attached as Exhibit 1.

4.      Dolgencorp has not yet filed a responsive pleading in the Circuit Court of Pope

County, Arkansas.

5.      Plaintiff is an Arkansas citizen residing in Saline County, Arkansas. *See* Ex. 1 (p.

001), Compl. ¶ 2.

6.      Dolgencorp is a foreign limited liability company formed and existing under the

laws of the state of Kentucky with its principal place of business in Goodlettsville, Tennessee. At

all times pertinent, including the time of the filing of Plaintiff's complaint in the Circuit Court of

This case assigned to District Judge _Wilson_
and to Magistrate Judge _Harris_

Pope County, Arkansas, and the time of the filing of this notice of removal, Dolgencorp has consisted of only one member: Dollar General Corporation.  Dollar General Corporation is a foreign corporation incorporated under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee.

7.      At all times pertinent, including the time of the filing of Plaintiff's complaint in the Circuit Court of Pope County, Arkansas, and the time of the filing of this notice of removal, complete diversity of citizenship has existed because: (1) Plaintiff was and is currently an Arkansas citizen residing in Saline County, Arkansas; and (2) Dolgencorp was and is currently a foreign limited liability company formed and existing under the laws of the state of Kentucky with its principal place of business in Goodlettsville, Tennessee whose sole member, Dollar General Corporation, was and is currently a foreign corporation incorporated under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee.

8.      Complete diversity of citizenship exists.

9.      Plaintiff alleges that Dolgencorp is liable under theories of negligence for her injuries and seeks money damages in a sum exceeding that required for federal court jurisdiction in a diversity of citizenship case. *See* Ex. 1 (p. 003), Compl. ¶ 14.

10.     Accordingly, this case is removable pursuant to 28 U.S.C. § 1441.  It is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds the statutory requisite of $75,000.00.

11.     The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b) in that this notice of removal is being filed within thirty days of receiving Plaintiff's complaint.

12.     Dolgencorp, upon filing this notice of removal, is filing a copy of this notice of removal with the Clerk of the Circuit Court for Pope County, Arkansas, which has effected this removal in accordance with 28 U.S.C. § 1446(d).

13.     Written notice of removal is being served upon Plaintiff in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Dolgencorp, LLC d/b/a Dollar General hereby removes this action to this Court and prays that this Court exercise jurisdiction over this matter and grant to Dolgencorp, LLC d/b/a Dollar General all proper relief to which it is entitled.

QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile: (479) 444-6647
vchadick@qgtlaw.com
pelmore@qgtlaw.com

By:_____
        Vincent O. Chadick, Ark. Bar No. 94075
        Philip A. Elmore, Ark. Bar No. 2015199

*Attorneys for Dolgencorp, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2020, I served a copy of the foregoing by electronic mail upon the following counsel of record:

Carter C. Stein, Esq.
Sarah C. Jewell, Esq.
MCMATH WOODS P.A.
711 West Third Street
Little Rock, AR 72201
carter@mcmathlaw.com
sarah@mcmathlaw.com

Robert E. Hodge III, Esq.
HODGE CALHOUN GIATTINA, PLLC
711 West Third Street
Little Rock, AR 72201
rob@hcglawoffice.com

_____

Philip A. Elmore

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
4 DIVISION



DANA NOTEBOOM                                          PLAINTIFF

v.                        NO. 58CV- 20- 113

DOLGENCORP, LLC                                        DEFENDANTS
d/b/a DOLLAR GENERAL

## COMPLAINT

Dana Noteboom, through her undersigned counsel, McMath Woods P.A. and Hodge Calhoun Giattina, PLLC, for her Complaint, states:

### I.    NATURE OF THE ACTION

1.      This is a negligence action for damages stemming from a slip and fall incident, which occurred May 1, 2019, in Russellville, Pope County, Arkansas. Dana Noteboom slipped and fell in toilet water at the Dollar General located at 2410 East Main Street, Suite A, Russellville, Arkansas 72082.

### II.    PARTIES

2.      Dana Noteboom resided in Bryant, Saline County, Arkansas, at the time of her injury.

3.      Dolgencorp, LLC, doing business as Dollar General ("Dollar General") is, and was at all relevant times, a foreign for-profit corporation registered to do business and conducting business in Arkansas. According to the Arkansas Secretary of State, Dollar General is in good standing, and its registered agent for service of process is Corporation Service Company, located at 300 Spring Building, 300 S. Spring Street, Suite 900, Little Rock, Arkansas 72201.

EXHIBIT 1 TO NOTICE OF REMOVAL 001

### III.   JURISDICTION AND VENUE

4.      This Court has personal jurisdiction over the parties pursuant to Ark. Code Ann.
§ 16-4-101 and subject matter jurisdiction pursuant to Amendment 80 of the Arkansas
Constitution. Circuit court jurisdiction is proper under Ark. Code Ann. § 16-13-201, which states
circuit courts have original jurisdiction of all actions and proceedings to enforce civil rights or the
redress of civil wrongs, unless exclusive jurisdiction is given to other courts. Jurisdiction is also
proper under Ark. Const., Art. 7, § 11, which states circuit courts have jurisdiction in all civil cases.

5.      Venue is proper pursuant to Ark. Code Ann. § 16-60-101(a)(1) because Pope
County is where the injury giving rise to the cause of action in this Complaint occurred.

### IV.   FACTS

6.      On May 1, 2019, Dana was a customer on the premises of Dollar General in
Russellville, Arkansas. Upon Dana entering the Dollar General restroom and closing the restroom
door, the lights went out. In a dark and unfamiliar location, she reached back for the door handle.
As she reached for the door handle, Dana slipped on water apparently leaking from the toilet.
When Dana slipped, she fell on her right arm, and she immediately suffered excruciating pain in
her right arm and shoulder.

7.      A Dollar General employee told Dana that the store had been having issues for a
while with that toilet leaking.

### V.   COUNT ONE: NEGLIGENCE OF DOLLAR GENERAL

8.      All previous allegations are incorporated as if set forth fully herein.

9.      Dollar General owed a duty to Dana to use ordinary care to maintain its premises
in a reasonably safe condition.

10.     Dollar General breached this duty and was negligent in failing to fix the leaking

EXHIBIT 1 TO NOTICE OF REMOVAL 002

toilet, failing to timely remove water from the floor, failing to adequately warn customers of the water on the floor, and failing to maintain its premises in a reasonably safe condition.

11.      As a proximate result of the negligence and carelessness of Dollar General, Dana sustained a torn right rotator cuff injury which required surgery.

## VI.      DAMAGES

12.      All previous allegations are incorporated in this count as if set forth fully herein.

13.      Dana claims she is entitled to recover for the following damages, all of which were proximately caused by the negligence of Dollar General:

     (a)      Damages for the nature, extent, duration and permanency of her right shoulder injury;

     (b)      Damages for her medical expenses incurred to date and reasonably certain to be incurred in the future;

     (c)      Damages for her pain, suffering and mental anguish to date and reasonably certain to be experienced in the future;

     (d)      Damages for her lost earnings; and

     (e)      Damages for her loss of earning capacity.

14.      Dana's total damages as shall be proved by the evidence are in excess of the federal jurisdictional limits in diversity cases.

## VII.      JURY TRIAL REQUEST

15.      Dana respectfully requests a trial by jury.

3

EXHIBIT 1 TO NOTICE OF REMOVAL 003

WHEREFORE, Dana Noteboom prays for judgment and recovery against Dolgencorp, LLC, doing business as Dollar General, in a sum in excess of the federal jurisdictional limits in diversity cases; costs; post-judgment interest; and all other just relief to which she may be entitled.

Respectfully submitted,

By:     Carter C. Stein, AR Bar No. 2004049
        Sarah C. Jewell, AR Bar No. 2015169
        MCMATH WOODS P.A.
        711 West Third Street
        Little Rock, AR 72201
        Telephone: (501) 396-5400
        Facsimile: (501) 374-5118
        carter@mcmathlaw.com
        sarah@mcmathlaw.com

        and

        Robert E. Hodge III, AR Bar No. 2011097
        HODGE CALHOUN GIATTINA, PLLC
        711 West Third Street
        Little Rock, AR 72201
        Telephone: (501) 404-4874
        Facsimile: (501) 404-4865
        rob@hcglawoffice.com

        *Attorneys for Dana Noteboom*

4

EXHIBIT 1 TO NOTICE OF REMOVAL 004

SAMUEL E LEDBETTER
WILL BOND
NEIL CHAMBERLIN
CHARLES D HARISON
JOHN D COULTER
CARTER C STEIN
SARAH C JEWELL

JAMES BRUCE McMATH, OF COUNSEL
PHILLIP H McMATH, OF COUNSEL

SIDNEY S McMATH (1912-2003)
HENRY WOODS (1928-2002)
WINSLOW DRUMMOND (1933-2005)
LELAND F LEATHERMAN (1915-2006)



# MCMATH WOODS P.A.

## INJURY, ENVIRONMENTAL
## & EMPLOYMENT LAW

711 WEST THIRD STREET
LITLE ROCK, AR 72201
501-396-5400
FAX 501-374-5118
www.mcmathlaw.com

CARTER C STEIN
Direct No 501-396-5409
carter@mcmathlaw.com

WHITNEY ALLEN
Paralegal
Direct No 501-396-5444
whitney@mcmathlaw.com

February 12, 2020

Rachel Oertling
Pope County Circuit Court
100 W. Main Street
Russellville, AR 72801-3723

**FILED** 2020 FEB 18 PM 3:42 POPE COUNTY CIRCUIT CLERK BY:

RE:   *Dana Noteboom v. Dolgen, LLC d/b/a Dollar General*
      Pope County Circuit Court

Dear Clerk:

Please find enclosed the original and one copy of the *Complaint* and a civil cover sheet to be filed in the above-referenced matter.  Please file this pleading and return the additional file-marked copy in the enclosed self-addressed, stamped envelope.

Also enclosed is a summons to be issued for the Defendant in the case and a filing fee check in the amount of $167.50 ($165.00 filing fee and $2.50 summons charge).  Please execute the summons and return it to us as well.  Please do not hesitate to contact us with any questions or concerns.

Sincerely,

Whitney Allen
Paralegal to Carter C. Stein

Enclosures

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
_4_ DIVISION

DANA NOTEBOOM                                                    PLAINTIFF

V.                         CASE NO. 58CV-20-113

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                           DEFENDANTS

<u>SUMMONS</u>

THE STATE OF ARKANSAS TO DEFENDANT:

      Dolgencorp, LLC d/b/a Dollar General
      c/o Registered Agent Corporation Service Company
      300 S. Spring Street, Suite 900
      Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name
and address are:

      Carter Stein
      McMath Woods P.A.
      711 West Third Street
      Little Rock, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Pope County Circuit Court
100 W. Main Street                           Signature of Clerk or Deputy Clerk
Russellville, AR 72801
                                             Date: 2/18/2020                    [SEAL]

EXHIBIT 1 TO NOTICE OF REMOVAL 006

## PROOF OF SERVICE

☐     I personally delivered the summons and complaint to the individual at _____
_____[place] on _____ [date]; or

☐     I left the summons and complaint in the proximity of the individual by _____ -
_____ after he/she refused to receive it when I offered it to him/her; or

☐     I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____[address] with _____[name], a
person at least 14 years of age who resides there, on _____[date]; or

☐     I delivered the summons and complaint to _____[name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

☐     I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐     I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a
copy of the summons and complaint by first-class mail to the defendant together with two
copies of a notice and acknowledgment and received the attached notice and
acknowledgment form within twenty days after the date of mailing.

☐     Other [specify]: _____

☐     I was unable to execute service because: _____

_____

My fee is $ ____.

EXHIBIT 1 TO NOTICE OF REMOVAL 007

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

EXHIBIT 1 TO NOTICE OF REMOVAL 008

58CV-20-113
## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ -
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____ [address] with _____ [name], a
person at least 14 years of age who resides there, on _____ [date]; or

☑ I delivered the summons and complaint to _Jeff Johnson_ [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_Corp Service Co._ [name of defendant] on _2·24·20  10·27a~_[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a
copy of the summons and complaint by first-class mail to the defendant together with two
copies of a notice and acknowledgment and received the attached notice and
acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.



EXHIBIT 1 TO NOTICE OF REMOVAL 009



## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
### 4 DIVISION

**DANA NOTEBOOM**                                                                          **PLAINTIFF**

**V.**                                                   CASE NO. 58CV-20-113

**DOLGENCORP, LLC**
**d/b/a DOLLAR GENERAL**                                                           **DEFENDANTS**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

> Dolgencorp, LLC d/b/a Dollar General
> c/o Registered Agent Corporation Service Company
> 300 S. Spring Street, Suite 900
> Little Rock, AR 72201

**FILED**
**2020 FEB 28 AM**
**POPE COUNTY CIRCUIT**
**RACHEL L.**
**BY:**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Carter Stein
> McMath Woods P.A.
> 711 West Third Street
> Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Address of Clerk's Office

Pope County Circuit Court
100 W. Main Street
Russellville, AR 72801

CLERK OF COURT

*Melanie Smith*

Signature of Clerk or Deputy Clerk

Date: 2/18/2020                    [SEAL]



EXHIBIT 1 TO NOTICE OF REMOVAL 010

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379   FAX 501-376-8479**

**POPE COUNTY CIRCUIT COURT**

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 58CV-20-113

**Date Received:** 24-Feb-20

**Attorney:** Carter C. Stein

**Attorney:**

**Plaintiff:** Dana Noteboom

On Monday, February 24, 2020 at 10:27 AM I have duly served this

SUMMONS AND COMPLAINT

on Dolgencorp, LLC by the following manner of service:  by delivering a true copy to: Jeff Johnson. Address where party served:  AFS: Corporation Service Company, 300 Spring Building, Suite 900, Little Rock, AR 72201.

Client No:

Fee: $65.00

Process server: Tim Sibert

Subscribed and sworn to before me on Monday, February 24, 2020

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

EXHIBIT TO NOTICE OF REMOVAL 011

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379     FAX 501-376-8479**

Monday, February 24, 2020

POPE COUNTY CIRCUIT COURT
100 West Main Street

Russellville  AR  72801

Dear Court Clerk:

Enclosed you will find original Return Of Service Affidavits for your court.

There is a copy of the affidavit attached to this letter, please filemark it as you do the original.
Then please return the copy to us, along with this letter, in the envelope provided.

Thank you for your help in this matter.

Davis Process Service

**58CV-20-113      DANA NOTEBOOM VS. DOLGENCORP, LLC**



FILED
2020 FEB 28  AM 9: 19
RACHELL OERTLING
POPE COUNTY CIRCUIT CLERK
BY: _____

EXHIBIT 1 TO NOTICE OF REMOVAL 012

**IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS**
**FOURTH DIVISION**

**DANA NOTEBOOM**                                                                          **PLAINTIFF**

v.                                          **NO. 58CV-20-113**

**DOLGENCORP, LLC**
**d/b/a DOLLAR GENERAL**                                                       **DEFENDANTS**

<u>**NOTICE OF SERVICE ON DEFENDANT DOLGENCORP, LLC**</u>

Plaintiff, Dana Noteboom, by and through her attorneys, McMath Woods P.A. and

Hodge, Calhoun, Giattina, PLLC, and for her Notice of Service on Dolgencorp, LLC d/b/a

Dollar General, states:

1.      Service of Process of the Complaint and Summons in this matter was completed

on Jeff Johnson of Corporation Service Company, Registered Agent for Defendant Dolgencorp,

LLC d/b/a Dollar General, by a process server via hand delivery on February 24, 2020, at

10:27 a.m. at 300 Spring Street, Suite 900 Little Rock, AR 72201.  Attached as *Exhibit A* is the

Affidavit of Service and Summons.

Respectfully submitted,

By:     Carter C. Stein, AR Bar No. 2004049
        Sarah C. Jewell, AR Bar No. 2015169
        McMath Woods P.A.
        711 West Third Street
        Little Rock, AR 72201
        Telephone: (501) 396-5400
        Facsimile: (501) 374-5118
        carter@mcmathlaw.com
        sarah@mcmathlaw.com

        and

EXHIBIT 1 TO NOTICE OF REMOVAL 013

Robert E. Hodge III, AR Bar No. 2011097
HODGE CALHOUN GIATTINA, PLLC
711 West Third Street
Little Rock, AR 72201
Telephone: (501) 404-4874
Facsimile: (501) 404-4865
rob@hcglawoffice.com

*Attorneys for Dana Noteboom*

2

EXHIBIT 1 TO NOTICE OF REMOVAL 014

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379   FAX 501-376-8479**

POPE COUNTY CIRCUIT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 58CV-20-113

**Date Received:** 24-Feb-20

**Attorney:** Carter C. Stein

**Attorney:**

**Plaintiff:** Dana Noteboom

On Monday, February 24, 2020 at 10:27 AM I have duly served this

SUMMONS AND COMPLAINT

on Dolgencorp, LLC by the following manner of service:  by delivering a true copy to: Jeff Johnson. Address where party served:  AFS: Corporation Service Company, 300 Spring Building, Suite 900, Little Rock, AR 72201.

Process server: Tim Sibert

Client No:
Fee: $65.00

Subscribed and sworn to before me on Monday, February 24, 2020

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

EXHIBIT A

EXHIBIT 1 TO NOTICE OF REMOVAL 015



IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
4_____ DIVISION

DANA NOTEBOOM                                                      PLAINTIFF

V.                              CASE NO. 58CV-20-113

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                            DEFENDANTS

## SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

       Dolgencorp, LLC d/b/a Dollar General
       c/o Registered Agent Corporation Service Company
       300 S. Spring Street, Suite 900
       Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Carter Stein
       McMath Woods P.A.
       711 West Third Street
       Little Rock, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Pope County Circuit Court
100 W. Main Street                           Signature of Clerk or Deputy Clerk
Russellville, AR 72801
                                             Date: 2/18/2020 _____ [SEAL]



EXHIBIT 1 TO NOTICE OF REMOVAL 016

## PROOF OF SERVICE

☐   I personally delivered the summons and complaint to the individual at _____
_____[place] on _____ [date]; or

☐   I left the summons and complaint in the proximity of the individual by _____ -
_____ after he/she refused to receive it when I offered it to him/her; or

☐   I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____[address] with _____[name], a
person at least 14 years of age who resides there, on _____[date]; or

☑   I delivered the summons and complaint to _Jeff Johnson_ [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_Corp. Service Co._ [name of defendant] on _2.24.20  10·27am_[date]; or

☐   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested,
restricted delivery, as shown by the attached signed return receipt.

☐   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a
copy of the summons and complaint by first-class mail to the defendant together with two
copies of a notice and acknowledgment and received the attached notice and
acknowledgment form within twenty days after the date of mailing.

☐   Other [specify]: _____

☐   I was unable to execute service because: _____

_____

My fee is $ ____.

EXHIBIT 1 TO NOTICE OF REMOVAL 017

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____       SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____       By: _____
[Signature of server]

_____
[Printed name]

Address: _____ **1524 Main Street**
_____ **Little Rock, AR 72202**
_____ **501-376-8379**

Phone: _____

Subscribed and sworn to before me this date: _____

_____  FEB 24 2020
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____
_____

EXHIBIT 1 TO NOTICE OF REMOVAL 018



SAMUEL E. LEDBETTER
WILL BOND
NEIL CHAMBERLIN
CHARLES D. HARISON
JOHN D. COULTER
CARTER C. STEIN
SARAH C. JEWELL

JAMES BRUCE McMATH, OF COUNSEL
PHILLIP H. McMATH, OF COUNSEL

SIDNEY S. McMATH (1912-2003)
HENRY WOODS (1928-2002)
WINSLOW DRUMMOND (1933-2005)
LELAND F. LEATHERMAN (1915-2006)

711 WEST THIRD STREET
LITLE ROCK, AR 72201
501-396-5400
FAX: 501-374-5118
www.mcmathlaw.com

CARTER C. STEIN
Direct No. 501-396-5409
carter@mcmathlaw.com

WHITNEY ALLEN
Paralegal
Direct No. 501-396-5444
whitney@mcmathlaw.com

## MCMATH WOODS P.A.

### INJURY, ENVIRONMENTAL
### & EMPLOYMENT LAW

March 3, 2020

Rachel Oertling
Pope County Circuit Court
100 W. Main Street
Russellville, AR 72801-3723

**FILED**
2020 MAR -4 PM 4:17
RACHEL L. OERTLING
POPE COUNTY CIRCUIT CLERK
BY:___

RE:     *Dana Noteboom v. Dolgen, LLC d/b/a Dollar General*
        Pope County Circuit Court Case No. 58CV-20-113

Dear Clerk:

Please find enclosed a Notice of Service on Defendant Dolgencorp, LLC to be filed in the above-referenced matter. Please file this pleading a file-marked copy in the enclosed self-addressed, stamped envelope.

Please do not hesitate to contact us with any questions or concerns.

Sincerely,

*Whitney Allen*

Whitney Allen
Paralegal to Carter C. Stein

Enclosures