

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
4 DIVISION

DANA NOTEBOOM                                                          PLAINTIFF

v.                              NO. 58CV- 20-113

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                                  DEFENDANTS

## COMPLAINT

Dana Noteboom, through her undersigned counsel, McMath Woods P.A. and Hodge Calhoun Giattina, PLLC, for her Complaint, states:

### I.    NATURE OF THE ACTION

1.      This is a negligence action for damages stemming from a slip and fall incident, which occurred May 1, 2019, in Russellville, Pope County, Arkansas. Dana Noteboom slipped and fell in toilet water at the Dollar General located at 2410 East Main Street, Suite A, Russellville, Arkansas 72082.

### II.    PARTIES

2.      Dana Noteboom resided in Bryant, Saline County, Arkansas, at the time of her injury.

3.      Dolgencorp, LLC, doing business as Dollar General ("Dollar General") is, and was at all relevant times, a foreign for-profit corporation registered to do business and conducting business in Arkansas. According to the Arkansas Secretary of State, Dollar General is in good standing, and its registered agent for service of process is Corporation Service Company, located at 300 Spring Building, 300 S. Spring Street, Suite 900, Little Rock, Arkansas 72201.

EXHIBIT 1 TO NOTICE OF REMOVAL 001

### III.   JURISDICTION AND VENUE

4.     This Court has personal jurisdiction over the parties pursuant to Ark. Code Ann. § 16-4-101 and subject matter jurisdiction pursuant to Amendment 80 of the Arkansas Constitution. Circuit court jurisdiction is proper under Ark. Code Ann. § 16-13-201, which states circuit courts have original jurisdiction of all actions and proceedings to enforce civil rights or the redress of civil wrongs, unless exclusive jurisdiction is given to other courts. Jurisdiction is also proper under Ark. Const., Art. 7, § 11, which states circuit courts have jurisdiction in all civil cases.

5.     Venue is proper pursuant to Ark. Code Ann. § 16-60-101(a)(1) because Pope County is where the injury giving rise to the cause of action in this Complaint occurred.

### IV.   FACTS

6.     On May 1, 2019, Dana was a customer on the premises of Dollar General in Russellville, Arkansas. Upon Dana entering the Dollar General restroom and closing the restroom door, the lights went out. In a dark and unfamiliar location, she reached back for the door handle. As she reached for the door handle, Dana slipped on water apparently leaking from the toilet. When Dana slipped, she fell on her right arm, and she immediately suffered excruciating pain in her right arm and shoulder.

7.     A Dollar General employee told Dana that the store had been having issues for a while with that toilet leaking.

### V.   COUNT ONE: NEGLIGENCE OF DOLLAR GENERAL

8.     All previous allegations are incorporated as if set forth fully herein.

9.     Dollar General owed a duty to Dana to use ordinary care to maintain its premises in a reasonably safe condition.

10.    Dollar General breached this duty and was negligent in failing to fix the leaking

EXHIBIT 1 TO NOTICE OF REMOVAL 002

toilet, failing to timely remove water from the floor, failing to adequately warn customers of the water on the floor, and failing to maintain its premises in a reasonably safe condition.

11.     As a proximate result of the negligence and carelessness of Dollar General, Dana sustained a torn right rotator cuff injury which required surgery.

## VI.     DAMAGES

12.     All previous allegations are incorporated in this count as if set forth fully herein.

13.     Dana claims she is entitled to recover for the following damages, all of which were proximately caused by the negligence of Dollar General:

    (a)     Damages for the nature, extent, duration and permanency of her right shoulder injury;

    (b)     Damages for her medical expenses incurred to date and reasonably certain to be incurred in the future;

    (c)     Damages for her pain, suffering and mental anguish to date and reasonably certain to be experienced in the future;

    (d)     Damages for her lost earnings; and

    (e)     Damages for her loss of earning capacity.

14.     Dana's total damages as shall be proved by the evidence are in excess of the federal jurisdictional limits in diversity cases.

## VII.     JURY TRIAL REQUEST

15.     Dana respectfully requests a trial by jury.

3

EXHIBIT 1 TO NOTICE OF REMOVAL 003

WHEREFORE, Dana Noteboom prays for judgment and recovery against Dolgencorp, LLC, doing business as Dollar General, in a sum in excess of the federal jurisdictional limits in diversity cases; costs; post-judgment interest; and all other just relief to which she may be entitled.

Respectfully submitted,

By:    Carter C. Stein, AR Bar No. 2004049
Sarah C. Jewell, AR Bar No. 2015169
MCMATH WOODS P.A.
711 West Third Street
Little Rock, AR 72201
Telephone: (501) 396-5400
Facsimile: (501) 374-5118
carter@mcmathlaw.com
sarah@mcmathlaw.com

and

Robert E. Hodge III, AR Bar No. 2011097
HODGE CALHOUN GIATTINA, PLLC
711 West Third Street
Little Rock, AR 72201
Telephone: (501) 404-4874
Facsimile: (501) 404-4865
rob@hcglawoffice.com

*Attorneys for Dana Noteboom*

4

EXHIBIT 1 TO NOTICE OF REMOVAL 004



SAMUEL E LEDBETTER
WILL BOND
NEIL CHAMBERLIN
CHARLES D HARISON
JOHN D COULTER
CARTER C STEIN
SARAH C JEWELL

JAMES BRUCE McMATH, OF COUNSEL
PHILLIP H McMATH, OF COUNSEL

SIDNEY S McMATH (1912-2003)
HENRY WOODS (1928-2002)
WINSLOW DRUMMOND (1933-2005)
LELAND F LEATHERMAN (1915-2006)

711 WEST THIRD STREET
LITLE ROCK, AR 72201
501-396-5400
FAX 501-374-5118
www mcmathlaw com

CARTER C STEIN
Direct No 501-396-5409
carter@mcmathlaw com

WHITNEY ALLEN
Paralegal
Direct No 501-396-5444
whitney@mcmathlaw com

# MCMATH WOODS p.a.

## INJURY, ENVIRONMENTAL
## & EMPLOYMENT LAW

February 12, 2020

Rachel Oertling
Pope County Circuit Court
100 W. Main Street
Russellville, AR 72801-3723

RE:    *Dana Noteboom v. Dolgen, LLC d/b/a Dollar General*
        Pope County Circuit Court

Dear Clerk:

Please find enclosed the original and one copy of the *Complaint* and a civil cover sheet to be filed in the above-referenced matter. Please file this pleading and return the additional file-marked copy in the enclosed self-addressed, stamped envelope.

Also enclosed is a summons to be issued for the Defendant in the case and a filing fee check in the amount of $167.50 ($165.00 filing fee and $2.50 summons charge). Please execute the summons and return it to us as well. Please do not hesitate to contact us with any questions or concerns.

Sincerely,

Whitney Allen
Paralegal to Carter C. Stein

Enclosures

FILED
2020 FEB 18 PM 3:42
POPE COUNTY CIRCUIT CLERK
BY: